

AUSA Irene Hickey Sullivan (312) 371-7785

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No.: 25 CR 51 |
|---|---|
| v. | GABRIEL A. FUENTES |
| EDWARD MARTINEZ-CERMENO, also known as "Edward Martinez-Carmeno" | Magistrate Judge |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, MATTHEW STOCHELSKI, appearing before United States Magistrate Judge GABRIEL A. FUENTES by telephone and being duly sworn under oath, state that as a federal law enforcement officer I have been informed that EDWARD MARTINEZ-CERMENO, also known as "Edward Martinez-Carmeno", has been charged by Complaint in the Western District of Texas with the following criminal offense: unlawful entry into the United States, in violation of Title 8, United States Code, Section 1325(a)(1).

A copy of the Complaint is attached. A copy of the arrest warrant also is attached.

MATTHEW S STOCHELSKI
Digitally signed by MATTHEW S STOCHELSKI
Date: 2025.01.27 11:29:56 -06'00'

MATTHEW STOCHELSKI
Special Agent
Homeland Security
Investigations

SWORN TO AND AFFIRMED by telephone this 27th day of January, 2025.

GABRIEL A. FUENTES
United States Magistrate Judge

AO91 (Rev. 12/03) Criminal Complaint     AUSA



# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

**UNITED STATES OF AMERICA**
vs.

Edward Anthoam MARTINEZ-Cermeno
AKA Edward MARTINEZ-Carmeno

**CRIMINAL COMPLAINT**

Case Number: DR:25-M-176

FILED January 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA
DEPUTY

RECEIVED JAN 21 2025
U.S. MARSHALS W/TX DEL RIO

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about September 11, 2023 in Maverick County, in the Western District Of Texas defendant(s), an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title 8 United States Code, Section(s) 1325(a)(1)

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On or about September 11, 2023, the defendant, Edward Anthoam MARTINEZ-Cermeno, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Quezada, Emanuel
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 21, 2025         at      Del Rio, Texas
Date                             City/State

Joseph Cordova         U.S. Magistrate Judge
Name of Judge          Title of Judge         Signature of Judge

AO-442(REV.12/85)

# United States District Court

Western District Of Texas

**FILED**
January 21, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: MG CIENEGA
DEPUTY

UNITED STATES OF AMERICA
V.

Edward Anthoam MARTINEZ-Cermeno
AKA Edward MARTINEZ-Carmeno

**WARRANT FOR ARREST**

CASE NUMBER:

DR:25-M-176

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Edward Anthoam MARTINEZ-Cermeno**
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation

charging him or her with (brief description)
On or about September 11, 2023, the defendant, Edward Anthoam MARTINEZ-Cermeno, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S. District Court
By _____
Deputy Clerk

in violation of Title __8__ United States Code, Section(s) 8 1325(a)(1)

Joseph Cordova
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Bail fixed at $ Detain

U.S. Magistrate Judge
Title of Issuing Officer

01/21/2025    Del Rio, Texas
Date and Location

by Joseph A Cordova
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| Del Rio, Texas |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 01/21/2025 | Quezada, Emanuel | |
| Date of Arrest | Agent | |
| September 11, 2023 | | |